IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 15-cv-01422-MEH

HUBERT J. MARTINEZ, and
BARBARA A. MARTINEZ,

    Plaintiffs,

v.

HSBC BANK USA, and
PHH MORTGAGE CORPORATION,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE
---

Before the Court is a Stipulation for Dismissal of this Action filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed October 5, 2015; docket #21]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his, her, or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 6th day of October, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge